IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 22 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 4:04CR70070 |
| v. ) | |
| ) | |
| JARRETT KENDALL DOSS ) | |

## ORDER

On Petition of Bobby B. Doss and Emma Doss and without objection of the Attorney for the United States it is **ORDERED** that the Order of Forfeiture entered by the United States District Court on or about May 20, 2005, forfeiting the property of Bobby B. Doss and Emma Doss described as .369 acres in Pittsylvania County, Virginia, parcel number 059A0-02-00-0018-0 and located at 810 Leftwich Street, Gretna, Virginia, to include a manufactured home on said property is hereby stayed until the completion of indictments pending against Bobby B. Doss and further that Emma Doss and Bobby B. Doss shall have 30 days after the conclusion of the indictments against Bobby B. Doss to file any Petition supporting their claims to said property.

ENTER:   /   /

_____
Judge

1

I REQUEST THIS:

_____
Glenn L. Berger, Esquire
VSB No. 16913
BERGER & THORNHILL
P.O. Box 298
Altavista, Virginia 24517
(434) 369-2000
(434) 369-7927 (telefax)
Counsel for Bobby B. Doss and
    Emma Doss

SEEN:

_____
Anthony P. Giorno, Esquire
Assistant U.S. Attorney