CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 12 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA :
:
v. :
: Criminal No. 4:04CR70070
JARRETT KENDALL DOSS :

## RESOLUTION OF PETITION OF BOBBY D AND EMMA DOSS
## AND FINAL ORDER OF FORFEITURE

WHEREAS on May 20, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, based upon the guilty plea of Defendant Doss, to violations of 21 U.S.C. § 848, the criminal violations giving rise to the forfeiture, thereby providing for forfeiture of properties which constitute or were derived from proceeds the Defendant obtained, directly or indirectly, as a result of said violations, and/or which were used to facilitate said violations;

AND WHEREAS on June 22, 2005, the United States published in a newspaper of general circulation, *Star-Tribune,* Pittsylvania County, Virginia, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS Notices of Forfeiture were served via certified mail on Bobby B. Doss and Emma Doss.

AND WHEREAS it appears from the record that the time has expired for the timely filing of claims, and that no petitions, contested or otherwise, have been filed for the forfeited

property with the exception of: Bobby B. and Emma Doss, asserting an interest in 0.369 acres in Pittsylvania County, Virginia, Parcel No. 059A0-02-00-0018-0.

AND WHEREAS United States acknowledges the petition of Bobby B. and Emma Doss therefore the following property is dismissed:

(a)                    0.369 acre in Pittsylvania County, Virginia
                                Parcel No. 059A0-02-00-0018-0

That certain lot or parcel of land, together with the buildings and improvements thereon and the privileges and appurtenances thereunto belonging, situate, lying and being in the Town of Gretna, County of Pittsylvania, State of Virginia, containing 0.369 acre, more or less, as shown by plat of survey dated January 6, 1995, by John D. Jacobs, C.L.S., entitled, "Plat of Survey for Kimberly Lee Utz, Lot A, 810 Leftwich Street . . . ", a copy of said plat being of record in the Pittsylvania County Circuit Court Clerk's Office in Deed Book 1005, at page 245, reference to which is here made for a more particular description of the property hereby conveyed.

BEING the same property conveyed to Bobby B. Doss and Emma D. Doss, husband and wife, parties of the second part and Jarrett K. Doss, Bobby B. Doss and Emma D. Doss, parties of the Third Part, by Deed dated February 6, 2002, from Jarrett K. Doss. Said Deed is recorded in the Circuit Court Clerk's Office of Pittsylvania County, Virginia, in Deed Book 1286, Page 288.

As to all other assets the Order of Forfeiture entered on May 20, 2005, remains unchanged.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT:**

**(1)** All right, title and interest to the following described property, any and all appurtenances thereto, all rents, and proceeds from the sale thereof, is hereby condemned, forfeited and title vested in the United States of America, and shall be disposed of according to law. No right, title, or interest shall exist in Jarrett Kendall Doss nor any other person or entity:

(a) Manufactured Home, VIN RAD1178013

2

The United States Marshal is ORDERED to dispose of the property according to law subject only to all expenses attributable to the seizure, maintenance, forfeiture and sale of the defendant property.

(2) Any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Marshals management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

(3) The United States will file a Release of Lis Pendens as to the Notice of Lis Pendens filed on May 27, 2005, as Instrument No. 050004582, in the Circuit Court Clerks office of Pittsylvania County.

(4) The Clerk of this Court is hereby directed to certify five copies of this Order to the United States Attorney's Office, Asset Forfeiture Section, P.O. Box 1709, Roanoke, Virginia 24008, and shall certify copies of this Order to counsel of record and one copy to the U.S. Probation Office.

**ENTERED THIS** 12th **DAY OF** June, 2006.

_____
UNITED STATES DISTRICT JUDGE